# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **STEVEN DANIEL,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | NO: 3:24-cv-02085-X |
| | § | |
| **RELIABLE PARTS;** | § | |
| **And DOES 1-25 inclusive,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with FED. R. CIV. P. 41(a), Plaintiff Steven Daniel ("Plaintiff") and Reliable Parts, Inc., incorrectly named Reliable Parts, ("Reliable Parts" or "Defendant") (collectively, the "Parties") submit this *Joint Stipulation of Dismissal with Prejudice*. The Parties have resolved this matter and request that the Court dismiss this all claims asserted or that could have been asserted in this lawsuit with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ John L. Pittman III* | */s/ Hunter Johnson* |
| John L. Pittman III, Esq., LLM[2] | Hunter Johnson |
| Texas Bar No. 24127922 | Texas Bar No. 10753900 |
| JOHN L. PITTMAN III \| | CONSTANGY, BROOKS, SMITH & PROPHETE, |
| ATTORNEY AT LAW, APC | LLP |
| 925 B Street, Suite 604 | 1201 Elm Street, Suite 2550 |
| San Diego, CA 92101 | Dallas, TX  75270 |
| Telephone: (760) 575-4040 | Telephone: (214) 646-3421 |
| jlpittmanniii@jp3law.com | hjohnson@constangy.com |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

11901606v1

## CERTIFICATE OF SERVICE

I certify that I filed the forgoing *Joint Stipulation of Dismissal with Prejudice* on October 30, 2024, using the Court's Electronic Filing System which will send notification of this filing upon all registered users, including the following parties:

John L. Pittman III, Esq., LLM[2]
Texas Bar No. 24127922
JOHN L. PITTMAN III |
ATTORNEY AT LAW, APC
925 B Street, Suite 604
San Diego, CA 92101
Telephone: (760) 575-4040
jlpittManniii@jp3law.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Hunter Johnson*
Hunter Johnson

11901606v1